UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HELENA MCFARLAND<br>Plaintiff,<br><br>v.<br><br>ST MARY'S REGIONAL MEDICAL CENTER<br>Defendant, | )<br>)<br>)<br>)  Civil No. 2:20-cv-00144-GZS<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order on Motion to Dismiss entered by U.S. District Judge George Z. Singal on October 6, 2020,

JUDGMENT of dismissal without prejudice is hereby entered on the state law claims and JUDGMENT of dismissal with prejudice is hereby entered on the federal claims.

                                                    CHRISTA K. BERRY
                                                    CLERK


                            By:    /s/ Lindsey Tully
                                       Deputy Clerk

Dated: October 6, 2020